S.D.N.Y.—N.Y.C.
18-cv-1979
Stanton, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of August, two thousand twenty-one.

Present:
> Reena Raggi,
> Michael H. Park,
>> *Circuit Judges*.*

In re: Colleges of Applied Arts and Technology Pension Plan, et al., Individually and on behalf of the certified class,

*Petitioners*.

21-1499

Colleges of Applied Arts and Technology Pension Plan, et al., Individually and on behalf of the certified class,

*Petitioners*,

v.

Salvi Rafael Folch Viadero, et al.,

*Respondents.*

Petitioners have filed a petition for a writ of mandamus directing the district court to reverse its order disqualifying petitioner Robbins Geller Rudman & Dowd LLP as class counsel. A group of securities and procedure scholars and a group of claims administrators have separately moved for leave to file *amicus* briefs. Upon due consideration, it is hereby ORDERED that the motions for leave to file *amicus* briefs are GRANTED. It is FURTHER ORDERED that the petition for a

---

* Judge Gerard E. Lynch was originally a member of this panel but recused himself from consideration of this appeal. The remaining two members of this panel are in agreement regarding this order. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b).

writ of mandamus is DENIED because Petitioners have not demonstrated that the right to issuance of the writ is clear and indisputable, or that they have no other adequate means of relief or that issuing a writ of mandamus will prevent irreparable harm. *See Cheney v. U.S. Dist. Court for D.C.*, 542 U.S. 367, 380 (2004); *Linde v. Arab Bank, PLC*, 706 F.3d 92, 107–09 (2d Cir. 2013).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*